D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California 94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for plaintiff
Plaintiff Celestial, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTIAL, INC, <br><br> Plaintiff, <br><br> vs. <br><br> SWARM SHARING HASH 8AB508AB0F9EF8B4CDB14C6248F3C96C65BEB882 ON **OCTOBER 27, 2011** and DOES 1 and 2, <br><br> Defendants. | **CASE NO.: 12-CV-00128 DDP (SSx)** <br><br> **DECLARATION OF BRYAN OTT IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE** <br><br> **DISCOVERY MATTER** <br><br> Date: March 5, 2012 <br> Time: 10:00 a.m. <br> Judicial Officer: Hon. Dean Pregerson <br><br> (But submitted on record) |

I, Bryan Ott, declare:

1. The facts that I state herein are within my personal knowledge, I know the same to be true, and if called upon to testify I could and would.

2. I am President of Celestial, Inc.

3. Celestial, Inc. is the registered owner of all copyrights in the movie Moms Pimp Their Daughters #3.

4. The Copyright Office issued the registration number PA 1-760-855. A true and correct copy of the registration certificate is attached hereto as Exhibit A.

5. Neither I as an individual, nor Celestial, Inc. has authorized the reproduction and distribution of the work through any peer-to-peer network.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: 1/30/12

_____
BRYAN OTT, PRESIDENT
CELESTIAL, INC.